CLOSED,STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:18–cv–03637–MMB

DOE v. PURDUE PHARMA L.P. et al  
Assigned to: HONORABLE MICHAEL M. BAYLSON  
Cause: 28:1332 Diversity–Product Liability

Date Filed: 08/24/2018  
Date Terminated: 12/10/2018  
Jury Demand: Plaintiff  
Nature of Suit: 367 P.I.: Health Care/Pharmaceutical Personal Injury Product Liability  
Jurisdiction: Diversity

**Plaintiff**

**JOHN DOE**  
*BY AND THROUGH JANE DOE, HIS PARENT AND NATURAL GUARDIAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED*

represented by **JOHN K. WESTON**  
SACKS WESTON DIAMOND LLC  
1845 WALNUT STREET  
SUITE 1600  
PHILADELPHIA, PA 19103  
215–925–8200  
Fax: 267–639–5422  
Email: jweston@sackslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**GREGORY B. HELLER**  
YOUNG RICCHIUTI CALDWELL & HELLER LLC  
1600 MARKET ST.  
SUITE 3800  
PHILADELPHIA, PA 19103  
267–546–1004  
Fax: 267–546–1039  
Email: gheller@yrchlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PURDUE PHARMA L.P.**

represented by **JUDY LEE LEONE**  
DECHERT LLP  
2929 ARCH ST  
PHILADELPHIA, PA 19104  
215–994–2979  
Fax: 215–655–2979  
Email: judy.leone@dechert.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**PURDUE PHARMA, INC.**

represented by

                                            **JUDY LEE LEONE**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**THE PURDUE FREDERICK COMPANY, INC.**    represented by   **JUDY LEE LEONE**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**ALLERGAN PLC**    represented by   **TERRY MATTHEW HENRY**
*formerly known as*
ACTAVIS PLC
                                            BLANK ROME LLP
                                            130 NORTH 18TH STREET
                                            PHILADELPHIA, PA 19103−6998
                                            215−569−5644
                                            Fax: 215−832−5644
                                            Email: thenry@blankrome.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**WATSON PHARMACEUTICALS, INC.**    represented by   **DANIEL T. BRIER**
*other*
ACTAVIS, INC.
                                            MYERS, BRIER & KELLY
                                            425 SPRUCE STREET
                                            SUITE 200
                                            P.O. BOX 551
                                            SCRANTON, PA 18501−0551
                                            570−342−6100
                                            Email: dbrier@mbklaw.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **TERRY MATTHEW HENRY**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**WATSON LABORATORIES, INC.**    represented by   **DANIEL T. BRIER**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **TERRY MATTHEW HENRY**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **ACTAVIS LLC** | represented by | **TERRY MATTHEW HENRY** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **ACTAVIS PHARMA, INC.** <br> *formerly known as* <br> WATSON PHARMA, INC. | represented by | **DANIEL T. BRIER** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **TERRY MATTHEW HENRY** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **CEPHALON, INC.** | represented by | **DANIEL T. BRIER** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **TERRY MATTHEW HENRY** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **TEVA PHARMACEUTICAL INDUSTRIES, LTD.** | represented by | **DANIEL T. BRIER** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **TERRY MATTHEW HENRY** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **TEVA PHARMACEUTICALS USA, INC.** | represented by | **DANIEL T. BRIER** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **TERRY MATTHEW HENRY** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **CEPHALON, INC.** | represented by | |

**DANIEL T. BRIER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TERRY MATTHEW HENRY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ENDO HEALTH SOLUTIONS INC.** represented by **ADAM S. TOLIN**
Goodell, DeVries, Leech & Dann, LLP
Two Commerce Square
2001 Market Street, Suite 3700
Philadelphia, PA 19103
267−765−3607
Fax: 267−765−3636
Email: ATolin@gdldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ENDO PHARMACEUTICALS INC.** represented by **ADAM S. TOLIN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JANSSEN PHARMACEUTICA INC** represented by **DAVID F. ABERNETHY**
DRINKER BIDDLE & REATH LLP
18th & CHERRY STREETS
ONE LOGAN SQUARE
Suite 2000
PHILADELPHIA, PA 19103−6996
215−988−2503
Fax: 215−988−2757
Email: david.abernethy@dbr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ORTHO− MCNEIL−JANSSEN PHARMACEUTICALS, INC.** represented by **DAVID F. ABERNETHY**
(See above for address)
*other* *LEAD ATTORNEY*
JANSSEN PHARMACEUTICALS, INC. *ATTORNEY TO BE NOTICED*

**Defendant**

**JOHNSON & JOHNSON** represented by **DAVID F. ABERNETHY**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**NORAMCO, INC.**

**Defendant**

**MALLINCKRODT, PLC**  represented by  **MATTHEW H. HAVERSTICK**
KLEINBARD LLC
THREE LOGAN SQUARE
1717 ARCH STREET, 5TH FLOOR
PHILADELPHIA, PA 19103
215–568–2000
Fax: 215–568–0140
Email: mhaverstick@kleinbard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MALLINCKRODT, LLC**  represented by  **MATTHEW H. HAVERSTICK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMERISOURCEBERGEN DRUG CORPORATION**  represented by  **LOUIS W. SCHACK**
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
PHILADELPHIA, PA 19103–7301
215–851–8100
Fax: 215–851–1420
Email: lschack@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CARDINAL HEALTH, INC.**  represented by  **MARC S. RASPANTI**
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI LLP
1818 MARKET ST
SUITE 3402
PHILADELPHIA, PA 19103
215–320–6200
Fax: 215–981–0082
Email: msr@pietragallo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DOUGLAS KEITH ROSENBLUM**
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

1818 MARKET STREET
SUITE 3402
PHILADELPHIA, PA 19103
215–320–6200
Fax: 215–981–0082
Email: DKR@pietragallo.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MCKESSON CORPORATION** represented by **MATTHEW TODD NEWCOMER**
POST & SCHELL, PC
FOUR PENN CENTER
1600 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA 19103
215–587–1076
Email: mnewcomer@postschell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CAROLYN KENDALL**
POST & SCHELL PC
4 PENN CENTER
1600 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19103
215–587–1470
Email: ckendall@postschell.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2018 | Ï 1 | COMPLAINT against ACTAVIS LLC, ACTAVIS PHARMA, INC., ALLERGAN PLC, AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH, INC., CEPHALON, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS INC., JANSSEN PHARMACEUTICA INC, JOHNSON & JOHNSON, MALLINCKRODT, LLC, MALLINCKRODT, PLC, MCKESSON CORPORATION, NORAMCO, INC., ORTHO–MCNEIL–JANSSEN PHARMACEUTICALS, INC., PURDUE PHARMA L.P., PURDUE PHARMA, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., THE PURDUE FREDERICK COMPANY, INC., WATSON LABORATORIES, INC., WATSON PHARMACEUTICALS, INC. ( Filing fee $ 400 receipt number 183656.), filed by JOHN DOE. (Attachments: # 1 Civil Cover Sheet)(jwl, ) (Entered: 08/27/2018) |
| 08/24/2018 | Ï | Summons Issued as to ACTAVIS LLC, ACTAVIS PHARMA, INC., ALLERGAN PLC, AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH, INC., CEPHALON, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS INC., JANSSEN PHARMACEUTICA INC, JOHNSON & JOHNSON, MALLINCKRODT, LLC, MALLINCKRODT, PLC, MCKESSON CORPORATION, NORAMCO, INC., ORTHO–MCNEIL–JANSSEN PHARMACEUTICALS, INC., PURDUE PHARMA L.P., PURDUE PHARMA, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., THE PURDUE FREDERICK COMPANY, INC., WATSON LABORATORIES, INC., WATSON PHARMACEUTICALS, INC.. 23 Forwarded To: Counsel on 8/27/18 (jwl, ) (Entered: 08/27/2018) |

| | | |
|---|---|---|
| 08/24/2018 | Ï | DEMAND for Trial by Jury by JOHN DOE. (jwl, ) (Entered: 08/27/2018) |
| 08/29/2018 | Ï 2 | NOTICE of Appearance by GREGORY B. HELLER on behalf of JOHN DOE (HELLER, GREGORY) (Entered: 08/29/2018) |
| 10/02/2018 | Ï 3 | NOTICE of Appearance by CAROLYN KENDALL on behalf of MCKESSON CORPORATION with certificate of service(KENDALL, CAROLYN) (Entered: 10/02/2018) |
| 10/02/2018 | Ï 4 | NOTICE of Appearance by MATTHEW TODD NEWCOMER on behalf of MCKESSON CORPORATION with certificate of service(NEWCOMER, MATTHEW) (Entered: 10/02/2018) |
| 10/03/2018 | Ï 5 | NOTICE of Appearance by DOUGLAS KEITH ROSENBLUM on behalf of CARDINAL HEALTH, INC. with Certificate of Service(ROSENBLUM, DOUGLAS) (Entered: 10/03/2018) |
| 10/03/2018 | Ï 6 | NOTICE of Appearance by MARC S. RASPANTI on behalf of CARDINAL HEALTH, INC. with Certificate of Service(RASPANTI, MARC) (Entered: 10/03/2018) |
| 10/03/2018 | Ï 7 | STIPULATION AND ORDER THAT DISTRIBUTORS DEFENDANS, WITHOUT WAIVER OF ANY DEFENSES, SHALL HAVE THROUGH AND INCLUDING 30 DAYS AFTER THE ENTRY OF A DECISION BY TEH JPML, GRANTING A MOTION TO VACATE A CONDITIONAL TRANSFER ORDER COVERING THIS ACTION ( OR OTHERWISE FINALLY DENYING TRANSFER OF THIS ACTION TO THE MDL) TO MOVE, ANSWER, OR OTHERWISE RESPOND TO THE COMPLAINT; ETC.. SIGNED BY HONORABLE MICHAEL M. BAYLSON ON 10/3/18. 10/3/18 ENTERED AND E–MAILED.(jl, ) (Entered: 10/03/2018) |
| 10/11/2018 | Ï 8 | NOTICE of Appearance by DAVID F. ABERNETHY on behalf of JANSSEN PHARMACEUTICA INC, JOHNSON & JOHNSON, ORTHO– MCNEIL–JANSSEN PHARMACEUTICALS, INC. with Certificate of Service(ABERNETHY, DAVID) (Entered: 10/11/2018) |
| 10/15/2018 | Ï 9 | STIPULATION AND ORDER THAT THE MANUFACTURER DEFENDANTS, WITHOUT WAIVER OF ANY DEFENSES, SHALL HAVE THROUGH AND INCLUDING THE DATE 30 DATE AFTER THE ENTRY OF A DECISION BY THE JPML, GRANTING A MOTION TO VACATE A CONDITIONAL TRANSFER ORDER COVERING THIS ACTION, OR OTHERWISE FINALLY DENYING TRANSFER OF THIS ACTION TO THE MDL, TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT; ETC.. SIGNED BY HONORABLE MICHAEL M. BAYLSON ON 10/15/18. 10/15/18 ENTERED AND E–MAILED.(jl, ) (Entered: 10/15/2018) |
| 11/21/2018 | Ï 10 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon Person in charge by certified mail on 10/04/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | Ï 11 | AFFIDAVIT of Service by Robert Campbell re: served Summons *and Complaint* upon Elizabeth Hawk WPS by personal on 09/20/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | Ï 12 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon Person in charge by certified mail on 09/19/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | Ï 13 | AFFIDAVIT of Service by Robert Campbell re: served Summons *and Complaint* upon Barbara Scoll Sr by personal on 09/20/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | Ï 14 | AFFIDAVIT of Service by Robert Campbell re: served Summons *and Complaint* upon Endo Health Solutions, Inc by personal on 09/20/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | Ï 15 | AFFIDAVIT of Service by Robert Campbell re: served Summons *and Complaint* upon Endo Pharmaceuticals Inc. by personal on 09/20/2018 (WESTON, JOHN) (Entered: 11/21/2018) |

| | | |
|---|---|---|
| 11/21/2018 | 16 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon Johnson & Johnson by certified mail on 09/20/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | 17 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon Janssen Pharmaceutica Inc by certified mail on 09/20/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | 18 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon Janssen Pharmaceuticals Inc by certified mail on 09/19/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | 19 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon Mallinckrodt LLC by certified mail on 09/21/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | 20 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon Mallinckrodt PLC by certified mail on 09/21/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | 21 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon McKesson Corporation by certified mail on 09/19/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | 22 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon Noramco Inc by certified mail on 09/18/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | 23 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon Ortho McNeil Janssen Pharmaceuticals Inc by certified mail on 09/19/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | 24 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon The Purdue Frederick Company Inc by certified mail on 09/21/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | 25 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon Purdue Pharma Inc by certified mail on 09/21/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | 26 | AFFIDAVIT of Service by John K. Weston re: served Summons *and Complaint* upon Purdue Pharma LP by certified mail on 09/21/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 11/21/2018 | 27 | AFFIDAVIT of Service by Robert Campbell re: served Summons *and Complaint* upon Teva Pharmaceuticals USA Inc by personal on 09/20/2018 (WESTON, JOHN) (Entered: 11/21/2018) |
| 12/10/2018 | 28 | Certified Copy of Conditional Transfer Order that the actions listed on Schedule A are transferred to the Northern District of Ohio and, with the consent of that court, assigned to the Honorable Dan A. Polster for inclusion in the coordinated or consolidated pretrial proceedings. (kp, ) (Entered: 12/10/2018) |